UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KWAME D. BINTA,

        Petitioner,         Case Number: 06-CV-13486

v.        HON. PAUL D. BORMAN

BUREAU OF PRISONS,

        Respondent.

_____/

### ORDER (1) GRANTING PETITIONER'S MOTION TO AMEND PETITION FOR WRIT OF HABEAS CORPUS AND (2) DENYING PETITIONER'S MOTION FOR EXPEDITED HEARING

Petitioner Kwame D. Binta has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner, who is currently confined at the Federal Correctional Institution in Milan, Michigan, challenges Federal Bureau of Prisons' regulations and policies which limit the placement of federal prisoners in community corrections centers. Now before the Court are Petitioner's Motion to Amend Petition for Writ of Habeas Corpus and Motion for Expedited Hearing.

A response to the habeas corpus petition has not yet been filed. Federal Rule of Civil Procedure 15 permits a party to amend a pleading once as a matter of course at any time before a responsive pleading is served. Therefore, this Court will permit Petitioner to amend his habeas corpus petition.

Also before the Court is Petitioner's Motion for Expedited Hearing. A response is due to be filed in this action by November 27, 2006. Once the Court has received Respondent's answer, the Court will rule on the petition in a timely manner. Thus, the Court will deny

Petitioner's Motion for Expedited Hearing.

Accordingly, **IT IS ORDERED** that Petitioner's Motion to Amend Petition for Writ of Habeas Corpus is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Expedited Hearing is **DENIED**.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 16, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 16, 2006.

s/Denise Goodine
Case Manager